IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hill, Calvin J
Hill, Benita
Printed: 2/19/08

Case Number: 05 B 30467
Judge: Hollis, Pamela S
Filed: 8/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 7, 2008
Confirmed: September 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 69,700.00 | |
| Secured: | | 63,350.20 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 3,649.80 |
| Other Funds: | | 0.00 |
| Totals: | 69,700.00 | 69,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Washington Mutual Bank FA | Secured | 33,134.62 | 23,723.19 |
| 3. | Mortgage Electronic Registration Sys | Secured | 4,900.00 | 4,214.79 |
| 4. | Select Portfolio Servicing | Secured | 22,984.90 | 18,835.42 |
| 5. | Honda Finance Services | Secured | 21,800.25 | 10,623.29 |
| 6. | Select Portfolio Servicing | Secured | 3,052.29 | 1,568.37 |
| 7. | Mortgage Electronic Registration Sys | Secured | 7,549.58 | 3,879.21 |
| 8. | Washington Mutual Bank FA | Secured | 984.63 | 505.93 |
| 9. | Fingerhut | Unsecured | 79.21 | 0.00 |
| 10. | Aspire Visa | Unsecured | 2,497.61 | 0.00 |
| 11. | World Financial Network Nat'l | Unsecured | 152.14 | 0.00 |
| 12. | First Consumers National Bank | Unsecured | 891.94 | 0.00 |
| 13. | Capital One | Unsecured | 438.11 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 421.36 | 0.00 |
| 15. | Honda Finance Services | Unsecured | 136.43 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 754.13 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 1,020.14 | 0.00 |
| 18. | Chestnut Hill Homeowners | Secured | | No Claim Filed |
| 19. | BP Amoco | Unsecured | | No Claim Filed |
| 20. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 21. | Dish Network | Unsecured | | No Claim Filed |
| 22. | Shell Credit Card | Unsecured | | No Claim Filed |
| 23. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 24. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 25. | US Cellular | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hill, Calvin J
Hill, Benita
Printed: 2/19/08

Case Number: 05 B 30467
Judge: Hollis, Pamela S
Filed: 8/3/05

| | |
|---|---|
| $ 103,497.34 | $ 66,050.20 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,671.99 |
| 5% | 365.01 |
| 4.8% | 921.59 |
| 5.4% | 691.21 |
| | $ 3,649.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

